# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE PETITION OF GEOFFREY SHEPARD | ) ) ) | Misc. No. 11-0044 (BAH) |

## GOVERNMENT'S STATUS REPORT

In accordance with this Court's order of October 11, 2018, requesting a "status report informing the Court of the status of NARA's review process," the government hereby notifies the Court and petitioner that, on this day, the redacted Road Map was posted to a public webpage, and can be found at https://www.archives.gov/research/investigations/watergate. During the course of its archival review, NARA was able to match some additional information to that in the public domain, and has, accordingly, opened that additional information to the public.

Dated:  October 31, 2018

Respectfully submitted,

JODY H. HUNT
Assistant Attorney General


  */s/ Elizabeth J. Shapiro*
ELIZABETH J. SHAPIRO
United States Department of Justice
1100 L Street, NW, Room 12100
Washington, D.C. 20530
Tel: (202) 514-5302
Fax: (202) 616-8460
elizabeth.shapiro@usdoj.gov
Attorneys for the United States

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused a copy of the foregoing Notice of Filing to be sent through electronic mail, to the following:

**GEOFFREY C. SHEPARD**
Three Old Mill Lane
Media, PA 19063
Email: geoff@geoffshepard.com

Dated:  October 31, 2018

                                                   */s/   Elizabeth J. Shapiro*
                                                   Elizabeth J. Shapiro